UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Criminal No. 07-835 (SDW) |
| ULYSSES GREEN | : | ORDER GRANTING THE GOVERNMENT'S MOTION PURSUANT TO FEDERAL RULE OF EVIDENCE 404(b) AND FOR RECIPROCAL DISCOVERY |

This matter having come before the Court upon the application by the United States of America (Assistant U.S. Attorney Joseph Mack, appearing) seeking an Order that: (a) the defendant's prior bad acts, namely his drug distribution activities on August 1, 2002 and September 12, 2002 as referenced more fully in the Government's motion, shall be admissible to prove the defendant's knowledge, intent, lack of mistake or accident, and identity, pursuant to Federal Rule of Evidence 404(b); and (b) the defendant's prior convictions, as referenced more fully in the Government's motion, shall be admissible to prove the defendant's knowledge and intent, pursuant to Federal Rule of Evidence 404(b); and (c) the defendant shall produce reciprocal discovery to the Government; ~~and the Court having considered the written submissions~~ of the parties, ~~as well as counsel's oral arguments before this Court~~; and for good cause shown;

IT IS on this 24th day of September 2008,

ORDERED that the Government's motion is granted in its

entirety and the defendant's prior bad acts shall be admissible to prove the defendant's knowledge, intent, lack of mistake or accident, and identity; the defendant's prior convictions shall be admissible to prove the defendant's knowledge and intent; and the defendant shall produce any reciprocal discovery to the Government.

HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

\* Motion is moot as Defendant entered a plea of guilty on Aug. 21, 2008. Motions are dismissed as moot, without prejudice.

SDW