UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ULYSSES GREEN, 07-cr-835

## PETITION FOR WRIT OF HABEAS CORPUS

1. ULYSSES GREEN (DOB: 08/05/71; SBI # 000617773B) is now confined at the NORTHERN STATE PRISON.

2. Said individual will be required at NEWARK, New Jersey, before the HON. SUSAN D. WIGENTON, U.S. District Judge, on February 5, 2009, at 11:30 AM, for a SENTENCING in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: January 21, 2009

JOSEPH MACK
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: January 26, 2009

Hon. Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the NORTHERN STATE PRISON
WE COMMAND YOU that you have the body of

ULYSSES GREEN (DOB: 08/05/71; SBI # 000617773B),

now confined at the NORTHERN STATE PRISON, brought before the United States District Court, the HON. SUSAN D. WIGENTON, U.S. District Judge, in the U.S. COURTHOUSE at NEWARK, on FEBRUARY 5, 2009 at 11:30 AM, in civilian clothes, for a SENTENCING in the above-captioned matter. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey.

DATED: January 26, 2009

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk