UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :        Hon. Susan D. Wigenton

       v.                              :        Crim. No. 07-835

ULYSSES GREEN                   :        ORDER

This matter having come before the Court by Defendant Ulysses Green, *pro se*, on a petition for a reduction of sentence pursuant to 18 U.S.C. § 3582;

IT IS on this 9th day of September, 2011,

ORDERED that the Government shall submit a response no later than October 7, 2011.

_____
HON. SUSAN D. WIGENTON
United States District Judge