UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 07-835 |
| ULYSSES GREEN | : | <u>ORDER</u> |

This matter having come before the Court by Defendant Ulysses Green, *pro se*, on a petition for a reduction of sentence pursuant to 18 U.S.C. § 3582;

By order of the Court dated September 9, 2011, the Government's response was due no later than October 7, 2011;

The Government having made an application for a 60-day extension of time within which to respond;

IT IS on this 11th day of October 2011,

ORDERED that the Government shall submit a response no later than December 7, 2011.

_____
HON. SUSAN D. WIGENTON
United States District Judge